Loren D. Sexauer and Robert A Nelson, Successor Trustees of Exchange Sales Corporation, Appellants and Cross Appellees, v. Trust Company of Chicago, Successor Trustee, Appellee and Cross Appellant.

Gen. No. 40,958.

opinion filed February 26, 1942; rehearing denied March 23, 1942. Rubenstein & Becker, for appellants; Lowenhaupt & Wolff, for appellee; Oscar M. Wolff and Isadore L. Kovitz, of counsel. Opinion by PRESIDING JUSTICE McSURELY. ''Not to be published in full.''